1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   L.H. POGUE AKA L. QIYAM
     POGUE
11
                    Plaintiff,              No. CIV S-06-0126 LKK PAN P
12        vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
14   REHABILITATION, et al.,

15              Defendants.              <u>ORDER</u>

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18   to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint,

19   plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place in

20   Fresno County, which is part of the Fresno Division of the United States District Court for the

21   Eastern District of California.  <u>See</u> Local Rule 3-120(d).

22              Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

23   the proper division of a court may, on the court's own motion, be transferred to the proper

24   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25   court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

26   request to proceed in forma pauperis.

                                         1

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

2.  This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: April 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/004
/pogu0126.22

2